# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| FELICE HOWARD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 16-00197-KD-C |
| | ) | |
| MOBILE COUNTY BOARD OF SCHOOL, | ) | |
| COMMISSIONERS and LARRY MOUTON, | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered against Plaintiff Felice Howard and in favor of Defendants Mobile County Board of School Commissioners and Larry Mouton, such that Plaintiff's claims against these defendants are **DISMISSED**.

**DONE** and **ORDERED** this the 1st day of **November 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**